# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DIVISION OF TEXAS
# BEAUMONT DIVISION

No. 1:08-CR-88

United States of America

v.

Clifton Trahan

                                           Defendant

**Findings of Fact and Recommendation on Guilty Plea**
**Before United States Magistrate Judge**

Pursuant to 28 U.S.C. § 636(b), this matter was referred to the undersigned United States Magistrate Judge to receive defendant's guilty plea.

On September 24, 2009, defendant, defendant's counsel, and the government came before the court for guilty plea and allocution on Count I of the Superseding Indictment filed herein, charging a violation of 18 U.S.C. § 1952(a)(1). Defendant declined to enter a plea of guilty pending further plea negotiations.

## RECOMMENDATION

Defendant's case should be returned to the trial docket pending successful plea negotiations.

SIGNED this __29__ day of September, 2009.

_____
Earl S. Hines
United States Magistrate Judge