# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 1:08-CR-88 |
| CLIFTON TRAHAN | § § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. In light of continuing plea negotiations, Defendant elected not to enter a plea of guilty before a United States magistrate judge. Therefore, the magistrate judge recommended that the defendant's case should be returned to the trial docket.

No objections have been filed. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.

So **ORDERED** and **SIGNED** this **14** day of **October, 2009.**

_____
Ron Clark, United States District Judge